| | |
|---|---|
| | **FILED** |
| | April 16, 2008 |
| | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                             )       Case No. MAG. 08-0137 DAD
          Plaintiff,            )
v.                                     )       ORDER FOR RELEASE OF
                                             )       PERSON IN CUSTODY
JOHN WALL,                  )
                                             )
          Defendant.          )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN WALL__ , Case No. __MAG. 08-0137 DAD__ , Charge __Probation Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __X__    Release on Personal Recognizance

      ___    Bail Posted in the Sum of $_____

              ___    Unsecured Appearance Bond

              ___    Appearance Bond with 10% Deposit

              ___    Appearance Bond with Surety

              ___    Corporate Surety Bail Bond

      __X__ (Other) __Contact Probation Officer in N.D. Cal. + still on probation__

Issued at __Sacramento, CA__ on __April 16, 2008__ at __3:07__ ☒pm .

                                  By _/s/ Dale A. Drozd_
                                         Dale A. Drozd
                                         United States Magistrate Judge